UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES TOUCHET | CIVIL ACTION |
| VERSUS | NO. 24-1020 |
| UNITED SPECIALTY INSURANCE COMPANY, ET AL. | SECTION "R" (2) |

## ORDER AND REASONS

Plaintiff Charles Touchet moves to strike[1] the summary judgment reply brief of defendants Dorgelys Manzano Borrell and Alive Free Transportation.[2]

The district court must either give the other party an opportunity to respond or decline to rely on new arguments and evidence presented for the first time in a reply brief. *Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, 99 F.4th 770, 774 (5th Cir. 2024).

Here, Touchet asserts correctly that defendants' reply brief presents new evidence and arguments. The reply brief includes an attachment A not previously provided to the Court and relies on the newly presented "independent evidence" in the attachment.[3]

---

[1] R. Doc. 57.
[2] R. Doc. 54.
[3] *Id.*

1

Accordingly, the Court grants Touchet an opportunity to respond to the new arguments and evidence presented. The Court grants Touchet leave to file a sur-reply within seven days of this order to address the new arguments and evidence defendants present.

New Orleans, Louisiana, this 9th day of January, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE