UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES TOUCHET | CIVIL ACTION |
| VERSUS | NO. 24-1020 |
| UNITED SPECIALTY INSURANCE COMPANY, ET AL | SECTION "R" |

## ORDER AND REASONS

Federal Rule of Civil Procedure 4(m) provides that "if a defendant is not served within 90 days after the complaint is filed," the Court must dismiss the action without prejudice as to that defendant. Fed. R. Civ. P. 4(m). Under Rule 4(m), the court may *sua sponte* dismiss an action without prejudice against unserved defendants. Fed. R. Civ. P. 4(m). If good cause exists for the failure, the district court must extend the time of service for an appropriate period. *Id.* A plaintiff bears the burden of showing valid service or good cause for failure to effect timely service. *Thrasher v. City of Amarillo*, 709 F.3d 509, 511 (5th Cir. 2013).

The record reflects that Touchet did not serve Progressive Gulf Insurance Company within ninety days of filing the initial complaint. Plaintiff did not respond to the Court's order to show good cause for the

1

failure to timely service Progressive Gulf Insurance Company.[1] As Plaintiff has failed to show good cause, the Court dismissed plaintiff's claims against Progressive Gulf Insurance Company without prejudice under Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 11th day of February, 2026.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 82.